# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156400

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 156400
                                         COA: 337265

DONALD ROBERT BURKE,
          Defendant-Appellant.
                                     St. Clair CC: 08-001351-FC

_____/

      On order of the Court, the application for leave to appeal the July 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



d0905

                                    Clerk